THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW C. MEAD, Appellant.

Submitted November 9, 2009; decided December 15, 2009

Reported below, 64 AD3d 814.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 denied as unnecessary and motion papers treated as a timely CPL 460.20 application.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY TAYLOR, Appellant.

Submitted December 7, 2009; decided December 15, 2009

Reported below, 62 AD3d 605.

Motion for assignment of counsel and waiver of the Rules of Practice of the Court of Appeals granted only to the extent that Stanley E. Neustadter, Esq., Cardozo Law School, Criminal Appeals Clinic, 55 Fifth Ave., New York, NY 10003 assigned as counsel to the appellant on the appeal herein.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE VALCOURT, Appellant.

Submitted November 30, 2009; decided December 15, 2009

Reported below, 24 Misc 3d 140(A).

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.